IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

Vs.

MAURICE D. LUMFORD

COURT NO. 4:05-MJ- 82   (GMF)

THE UNITED STATES CHARGES:

COUNT I

VIOLATION NO. A1211295

That on or about May 7, 2005, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Infantry Center, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, MAURICE D. LUMFORD, did unlawfully take and carry away with intent to steal and purloin four (4) music compact discs (CDs); of the goods and property of the Army and Air Force Exchange System, in violation of Title 18, United States Code Section 641.

MAXWELL WOOD
UNITED STATES ATTORNEY

*Rebecca K. Connally*

BY: REBECCA K. CONNALLY
SPECIAL ASSISTANT UNITED STATES ATTORNEY

A true and certified copy.
This _____, 20___
GREGORY J. LEONARD, CLERK
U.S. DISTRICT COURT, MD Ga.
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA, COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MAURICE D. LUMFORD | **JUDGMENT IN A CRIMINAL CASE**<br><br>CASE NUMBER 4:05-mj-82-001 (GMF)<br><br>USM NUMBER: N/A<br><br>Pro Se<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ pleaded guilty to count(s) 1.

☐ pleaded nolo contendere to count(s) which was accepted by the court.

☐ was found guilty on count(s) after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 641 | Theft | 05/07/2005 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) .

☐ Count(s) dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material changes in economic circumstances.

October 21, 2005
Date of Imposition of Judgment

Signature of Judge
G. MALLON FAIRCLOTH, United States Magistrate Judge

10/28/05
Date Signed

A true and certified copy.
This ___ 20 0 6
GREGORY J. LEONARD, CLERK
U.S. DISTRICT COURT, MD Ga.
By: _____ Deputy Clerk

DEFENDANT: MAURICE D. LUMFORD
CASE NUMBER 4:05-mj-82-001 (GMF)

Judgment - Page 2

## PROBATION

The defendant is hereby placed on probation for a term of 12 months.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from placement on probation and at least two periodic drug tests thereafter.

☒  The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

☐  The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐  The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall register with the state sex offender registration agent in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐  The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that defendant pay in accordance with the Schedule of Payments sheet of this judgment

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;

7) the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: MAURICE D. LUMFORD
CASE NUMBER 4:05-mj-82-001 (GMF)

Judgment - Page 3

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments.

|  | Assessment | Processing Fee | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 25.00 | $ 0 | $ 350.00 | $ 0 |

☐ The determination of restitution is deferred until         . An Amended Judgment in a Criminal Case will be entered after such a determination.

☐ The defendant must make restitution (including community restitution) to the following victims in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | *Priority Order or Percentage of Payment |
|---|---|---|---|
|  |  |  |  |

☐ Restitution amount ordered pursuant to plea agreement $

☐ The defendant must pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments sheet may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The Court has determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution is modified as follows:

*Findings for the total amount of losses are required under Chapter 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: MAURICE D. LUMFORD
CASE NUMBER 4:05-mj-82-001 (GMF)

Judgment - Page 4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☐ Lump sum payment of $ due immediately, balance due

☐ not later than , or

☐ in accordance with ☐ C, ☐ D, ☐ E; or ☐ F below; or

B ☒ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☒ F below; or

C ☐ Payment in equal _____ installments of $ over a period of , to commence _____ after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ over a period of , to commence 60 days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within 30 days after release from imprisonment. The Court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

All criminal monetary penalties shall be paid to the Central Violations Bureau no later than January 21, 2006

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Columbus)
### CRIMINAL DOCKET FOR CASE #: 4:05-mj-00082-GMF-ALL
#### Internal Use Only

| | |
|---|---|
| Case title: USA v. Lumford | Date Filed: 06/20/2005 |

Assigned to: U.S. Mag. Judge G. Mallon Faircloth

**Defendant**

Maurice D. Lumford (1)
*TERMINATED: 10/28/2005*

represented by **Maurice D. Lumford**
PRO SE

**Pending Counts**

18:641.M -
THEFT/EMBEZZLEMENT OF U. S. PROPERTY
(1)

**Disposition**

12 months, $350.00 fine, and $25.00 mandatory court assessment

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

represented by **Rebecca K. Connally**
Office of the Staff Judge Advocate
Building 5, Attn: ATFB-JA-MAG
Ft. Benning, GA 31905
706-545-1542
Email: rebecca.k.connally@us.army.mil

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2005 | 1 | INFORMATION as to Maurice D. Lumford (1) count(s) 1 (tlf). (Entered: 06/21/2005) |
| 06/20/2005 | 2 | NOTICE OF HEARING as to Maurice D. Lumford; Initial Appearance set for 6/24/2005 10:00 AM in Columbus before U.S. Mag. Judge G. Mallon Faircloth (tlf). (Entered: 06/21/2005) |
| 06/24/2005 |  | Minute Entry for proceedings held before Judge G. Mallon Faircloth :Arraignmentas to Maurice D. Lumford (1) Count 1 held on 6/24/2005, Initial Appearance as to Maurice D. Lumford held on 6/24/2005, Plea entered by Maurice D. Lumford (1) Count 1; Maurice D. Lumford (1) Guilty Count 1 (tlf). (Entered: 06/27/2005) |
| 06/24/2005 | 3 | CONSENT TO PROCEED BEFORE US MAGISTRATE JUDGE by Maurice D. Lumford (tlf). (Entered: 06/27/2005) |
| 10/21/2005 | 4 | Minute Entry for proceedings held before Judge G. Mallon Faircloth :Sentencing held on 10/21/2005 for Maurice D. Lumford (1), Count(s) 1, 12 months, $350.00 fine, and $25.00 mandatory court assessment (tlf). (Entered: 10/26/2005) |
| 10/28/2005 | 5 | JUDGMENT as to Maurice D. Lumford (1), Count(s) 1, 12 months, $350.00 fine, and $25.00 mandatory court assessment . Signed by Judge G. Mallon Faircloth on 10/28/2005 (tlf). (Entered: 10/28/2005) |
| 02/08/2006 | 6 | Probation Jurisdiction Transferred to Middle District of Alabama as to Maurice D. Lumford Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, and docket sheet (tlf). (Entered: 02/08/2006) |
| 02/08/2006 | 7 | Letter regarding transmission of documents to the Middle District of Alabama (tlf). (Entered: 02/08/2006) |