# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
☐ Northern    ☐ Southern    ☒ Eastern

HON. __Delores Boyd__    AT __Montgomery__, Alabama

DATE COMMENCED __9-11-2006__    @ __10:00__    ☒ a.m. ☐ p.m

DATE COMPLETED __9-11-2006__    @ __10:45__    ☒ a.m. ☐ p.m

CASE NO. __3:06CR44-DRB__

IMOTED STATES OF AMERICA    vs.    MAURICE LUMFORD
Plaintiff(s)                        Defendant(s)

## APPEARANCES

Plaintiff(s)/Government          Defendant(s)

Kent Brunson                     Kevin Butler

### COURT OFFICIALS PRESENT:

Ctrm Clerk: __S. Q. Long, Jr.__    Crt Rptr: _____

Law Clerk: _____    Interpreter: _____

USPO/USPTS: _____    Other: _____

### PROCEEDINGS:

☐ Motion Hearing: __PROBATION REVOCATION HEARING__
☐ Status Conference     ☐ Oral Argument          ☐ Evidentiary Hrg.
☐ Revocation            ☐ Scheduling Conf.       ☒ Show Cause
☐ Settlement Conference ☒ Telephone Conf.        ☒ Sentencing
☐ Non-Jury Trial        ☒ Revocation/Prtrl/SupvRel/(Prob)
☐ Other _____

☐ **Pretrial Conference**
Pending Motions: _____
Discovery Status _____    Plea Status _____
Trial Status/Length _____    Trial Term: _____